# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS
### KANSAS CITY DIVISION

| | |
|---|---|
| *In re*: | |
| **BROOKE CORPORATION, et al.,** | **Case No. 08-22786-DLS** |
| | **(Jointly Administered)** |
| **Debtors** | **Chapter 7** |
| **Albert A. Riederer, Chapter 7 Trustee of Brooke Corporation, Brooke Capital Corporation and Brooke Investments, Inc.,** | |
| **Plaintiff,** | |
| **vs.** | |
| | **Adv. No. 10-06170** |
| **Jeremy Pool Agency Inc., et al.,** | |
| **Defendants.** | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE PLEAD

COMES NOW Plaintiff Albert A. Riederer, Chapter 7 Trustee, by and through his counsel of record, and for his Unopposed Motion for Extension of Time to Answer or Otherwise Plead, respectfully states as follows:

1. Plaintiff's Complaint was filed on October 25, 2010 (Doc. #1).

2. The Clerk of the Bankruptcy Court issued a Summons in An Adversary Proceeding for the Defendant herein, Jeremy Pool Agency Inc., on December 14, 2010. The Summons generally provides for the Defendant to file its answer or responsive pleading to the Complaint within thirty (30) days from the date of issuance of the Summons, or in this instance by January 13, 2011.

3.    As reflected by the Certificate of Service filed by the Plaintiff (Doc. #20), the above-referenced Complaint and Summons were served by Plaintiff upon the Defendant on December 22, 2010.

4.    Pursuant to the Court's April 4, 2011 Order Granting Trustee's Omnibus Procedures Motion With Respect To Category B, C-1, and C-2 Complaints, Defendant's deadline to file its answer or otherwise plead to the subject Complaint was extended to June 15, 2011.

5.    Plaintiff and Defendant have been communicating and/or negotiating concerning this adversary proceeding.  Plaintiff does not oppose and would in fact request that the Court grant an extension of the deadline for the Defendant to file its answer or otherwise plead to the subject Complaint through July 15, 2011.

WHEREFORE, Plaintiff Albert A. Riederer, Chapter 7 Trustee, requests that this Court enter an Order granting the Defendant Jeremy Pool Agency Inc. additional time to file its answer or otherwise plead to the Complaint up to and including July 15, 2011, and for such other and further orders as the Court deems just.

Dated:  June 15, 2011

                    Respectfully submitted,

                    s/ Michael D. Fielding
                    John J. Cruciani          #16883
                    Michael D. Fielding       #20562
                    HUSCH BLACKWELL LLP
                    4801 Main Street, Suite 1000
                    Kansas City, Missouri 64112
                    (816) 983-8000; FAX (816) 983-8080
                    john.cruciani@huschblackwell.com
                    michael.fielding@huschblackwell.com

                    *Attorneys for Trustee*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 15th day of June, 2011, a true and correct copy of the above and foregoing was served by the method or methods specified below:

__X___by **electronically** filing with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

___X__ via **e-mail**, properly addressed to: reid.nelson@connectmyinsurance.com

<em>s/ Michael D. Fielding</em>

Attorney