IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| *In re*: <br><br> **BROOKE CORPORATION, et al.,** <br><br> Debtors | Case No. 08-22786-DLS <br> (Jointly Administered) <br> Chapter 7 |
| **Christopher J. Redmond, Chapter 7 Trustee of Brooke Corporation, Brooke Capital Corporation and Brooke Investments, Inc.,** <br><br> Plaintiff, <br> vs. <br><br> **Jeremy Pool Agency Inc., et al.,** <br><br> Defendants. | Adv. No. **10-06170** |

**TRUSTEE'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT JEREMY POOL AGENCY INC.**

Christopher J. Redmond, Chapter 7 Trustee of Brooke Corp., Brooke Capital Corp., and Brooke Investments, Inc. (collectively "Debtors") and plaintiff in the above-referenced adversary action (hereinafter "Trustee"), by and through undersigned counsel, hereby moves this Court to enter a default judgment pursuant to Fed. R. Bankr. P. 7055, incorporating Fed. R. Civ. P. 55, against Defendant Jeremy Pool Agency Inc. ("Defendant"). In support of this motion, the Trustee states as follows:

1. The Trustee in this bankruptcy case filed the Complaint in this adversary action ("Complaint") on October 23, 2010.[1]

2. Service of the summons and Complaint were executed by Trustee's counsel upon Defendant. (See Doc. No. 20).

---
[1] Albert A. Riederer served as Trustee at this time, and filed the adversary action against Defendant US Insurance. However, on November 3, 2011, the United States Trustee filed a notice to the Court of the resignation of Albert A. Riederer as Chapter 7 Trustee, and the appointment of Christopher J. Redmond as Successor Trustee.

1

3. Pursuant to this Court's Order Granting Trustee's Omnibus Procedures Motion with Respect to Category B, C-1, and C-2 Complaints (April 4, 2011, Doc. No. 1952), Defendant's responsive pleading deadline was June 15, 2011.

4. The Trustee agreed to extend Defendant's deadline to respond to July 15, 2011 (See Doc. Nos. 34, 36), and then agreed to a second extension of the deadline to August 15, 2011. (See Doc. Nos. 40, 42).

5. As of the date of this Motion, Defendant has not responded to the Complaint.

6. Fed. R. Bankr. P. 7055 incorporates the provisions of Fed. R. Civ. P. 55 without change, and therein, provides for the entry of a default judgment as a result of Defendant's failure to answer.

7. Defendant was properly served in accordance with Fed. R. Bankr. P. 7004 and has failed to timely answer. Therefore, Plaintiff, Christopher J. Redmond, Chapter 7 Trustee, is entitled to the entry of a default judgment by this Court pursuant to Fed. R. Bankr. P. 7055.

8. Based on information and belief, Defendant is not subject to the Soldiers and Soldiers' Civil Relief Act of 1940, 50 U.S.C. Appendix, § 501 et seq., Section 200 of the Act (50 U.S.C. Appendix, § 520).

9. The Complaint requested, *inter alia*, that the Court enter a Judgment in favor of the Trustee and against Defendant, as well as imposition of prejudgment interest on that amount, and that, pursuant to 11 U.S.C. § 502(a), the Court disallow any claims filed by Defendant against Debtors until such time as Defendant pays the full Judgment amount.

10. The Judgment requested is for an amount certain in payments made by the Debtor to Defendant, and such amounts are liquidated and subject to simple mathematical calculations.

WHEREFORE, the Trustee requests that this Court grant his Motion for Default Judgment and respectfully requests that the Court enter Judgment by Default in favor of Plaintiff, Christopher J. Redmond, and against Defendant as follows:

(a) $363,938.04 as the principal Judgment amount owed by Defendant;

(b) Pre-judgment interest on the principal Judgment amount commencing as of the date the Complaint was filed;

(c) Pursuant to 11 U.S.C. § 502(a), a complete disallowance of the claims against Debtors referenced in Defendant's Proof of Claim Number 1274, filed with this Court, until such time as Defendant pays the full judgment amount;

(d) Costs (including the $250.00 filing fee); and

(e) All other relief that this Court deems just and equitable.

Dated this 3rd day of February, 2012

Respectfully submitted,

*/s/ Michael D. Fielding*
John J. Cruciani       #16883
Michael D. Fielding    #20562
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000; FAX (816) 983-8080
john.cruciani@huschblackwell.com
michael.fielding@huschblackwell.com

*Attorneys for Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February, 2012, a true and correct copy of the above and foregoing was served by the method or methods specified below:

__X__ by **electronically** filing with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

__X__ via **U.S. Mail**, properly addressed to:

Reid A. Nelson
210 English Oaks Circle
Boerne, TX 78006

Jeremy Pool Agency Inc.
822 N. Main, Ste. A
Cleburne, TX 76033

                                        */s/ Michael D. Fielding*
                                                Attorney

KCP-4196649-1