**SO ORDERED.**

**SIGNED this 28th day of February, 2012.**



                                        Dale L. Somers
                              United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS
# KANSAS CITY DIVISION

| *In re*: | |
|---|---|
| **BROOKE CORPORATION, et al.,** | **Case No. 08-22786-DLS** |
| | **(Jointly Administered)** |
| Debtors | **Chapter 7** |
| Albert A. Riederer, Chapter 7 Trustee of Brooke Corporation, Brooke Capital Corporation and Brooke Investments, Inc., | |
| Plaintiff, | |
| vs. | **Adv. No. 10-06170** |
| Jeremy Pool Agency Inc., et al., | |
| Defendants. | |

## ORDER GRANTING TRUSTEE'S MOTION FOR DEFAULT JUDGMENT
## AGAINST DEFENDANT JEREMY POOL AGENCY INC.

Christopher J. Redmond, as the Chapter 7 Trustee ("Trustee") for the bankruptcy estate

of Brooke Corp., Brooke Capital Corp., and Brooke Investments, Inc. (collectively "Debtors")

KCP-4196938-1

Case 10-06170    Doc# 87    Filed 02/28/12    Page 1 of 4

has filed a Motion for Default Judgment against Defendant Jeremy Pool Agency Inc. ("Defendant").

The Motion and Notice of Hearing were properly and timely served upon the Defendant. No response or objection has been filed with the Court on behalf of this Defendant, nor has any response been served upon the Plaintiff or his counsel by this Defendant.

The Court, having jurisdiction herein, makes the following findings of fact and conclusions of law:

1. The Trustee in this bankruptcy case filed the Complaint in this adversary action ("Complaint") on October 23, 2010.[1]

2. The summons and Complaint were properly executed by Trustee's counsel upon Defendant.

3. Pursuant to this Court's Order Granting Trustee's Omnibus Procedures Motion with Respect to Category B, C-1, and C-2 Complaints (April 4, 2011, Doc. No. 1952), Defendant's responsive pleading deadline was June 15, 2011.

4. The Trustee agreed to extend Defendant's deadline to respond to July 15, 2011, and then agreed to a second extension of the deadline to August 15, 2011.

5. The Defendant has not responded to the Complaint.

6. Fed. R. Bankr. P. 7055 incorporates the provisions of Fed. R. Civ. P. 55 without change, and therein, provides for the entry of a default judgment as a result of Defendant's failure to answer.

---

[1] Albert A. Riederer served as Trustee at this time, and filed the adversary action against Defendant US Insurance. However, on November 3, 2011, the United States Trustee filed a notice to the Court of the resignation of Albert A. Riederer as Chapter 7 Trustee, and the appointment of Christopher J. Redmond as Successor Trustee.

7. Defendant was properly served in accordance with Fed. R. Bankr. P. 7004 and has failed to timely answer. Therefore, Plaintiff, Christopher J. Redmond, the Chapter 7 Trustee is entitled to the entry of a default judgment by this Court pursuant to Fed. R. Bankr. P. 7055.

8. Defendant is not subject to the Soldiers and Soldiers' Civil Relief Act of 1940, 50 U.S.C. Appendix, § 501 et seq., Section 200 of the Act (50 U.S.C. Appendix, § 520).

9. The Complaint and Motion requested, *inter alia*, that the Court enter a Judgment in favor of the Trustee and against Defendant as well as imposition of pre-judgment interest.

10. The Judgment requested is for an amount certain.

IT IS BY THE COURT ORDERED that the Trustee's Motion for Default Judgment is GRANTED in its entirety. The Court hereby enters judgment in favor of the Trustee and against the Defendants as follows:

(a) $363,938.04 as the principal Judgment amount owed by Defendant;

(b) Pre-judgment interest on the principal Judgment amount commencing as of the date the Complaint was filed;

(c) A complete disallowance of the claims against Debtors referenced in Defendant's Proof of Claim Number 1274, filed with this Court, until such time as Defendant pays the full judgment amount; and

(d) Costs (including the $250.00 filing fee).

IT IS SO ORDERED.

###

SUBMITTED BY:

s/ Michael D. Fielding
John J. Cruciani            #16883
Michael D. Fielding         #20562
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000; FAX (816) 983-8080
john.cruciani@huschblackwell.com
michael.fielding@huschblackwell.com

*Attorneys for Trustee*